# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CARRILLO-RAMIREZ, ET AL.**                                                                **PLAINTIFFS**

**V.**                                                                  **CAUSE NO. 3:15-CV-00409-CWR-FKB**

**CULPEPPER ENTERPRISES, INC., ET AL.**                                    **DEFENDANTS**

## **ORDER**

Before the Court is the parties' joint motion to approve consent judgment between Plaintiffs and Defendants Jon Clancy, Cheri Clancy, and North American Labor Services, Inc., and to dismiss all claims with prejudice. Docket No. 140. The Court finds that the parties' settlement agreement is appropriate and is approved.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice as to Defendants Jon Clancy, Cheri Clancy, and North American Labor Services. Inc. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

This is the Final Judgment under Federal Rule of Civil Procedure 54(b), as there is no just reason for delay.

**SO ORDERED**, this the 29th day of September, 2017.

                                                                s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE